IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Curtis Wheat, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:11cv737 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Fifth Third Bank, : | |
| : | |
| Defendant(s). : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on June 28, 2013 a Report and Recommendation (Doc. 92). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 97) and defendant has filed a response to plaintiff's objections (Doc. 100).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, defendant's motion for summary judgment (Doc. 37) is **GRANTED.**  This case is hereby **TERMINATED** from the docket.

IT IS SO ORDERED.

   ___s/Susan J. Dlott_____
   Chief Judge Susan J. Dlott
   United States District Court